Fill in this information to identify the case:

Debtor name: **Natural Chem Holdings, LLC (a Delaware LLC)**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*................................................................. $ 555,000.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*............................................................... $ 2,055,477.00

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*................................................................. $ 2,610,477.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ $ 3,420,898.27

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $ 53,546.91

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....... +$ 1,583,082.90

4. **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b                                                                                     $ 5,057,528.08

Case 19-11972-j7    Doc 2    Filed 08/27/19    Entered 08/27/19 17:57:15 Page 1 of 1